**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 617 MAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
WILLIAM STERN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.